UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MONTANO, ENRIQUE § Case No. 10-37118
§
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 10/21/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/12/2011        By:  /s/DEBORAH K. EBNER
                                    Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MONTANO, ENRIQUE § Case No. 10-37118
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,500.30 |
| and approved disbursements of | $ | 28.21 |
| leaving a balance on hand of [1] | $ | 7,472.09 |

**Balance on hand:** $ 7,472.09

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,472.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 1,500.03 | 0.00 | 1,500.03 |
| Trustee, Expenses - DEBORAH K. EBNER | 62.61 | 0.00 | 62.61 |

Total to be paid for chapter 7 administration expenses: $ 1,562.64
Remaining balance: $ 5,909.45

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,909.45

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,909.45

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,086.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Capital One Bank (USA), N.A. | 256.35 | 0.00 | 34.36 |
| 4 | Beneficial Illinois Inc. | 12,215.41 | 0.00 | 1,637.40 |
| 5 | RH Donnelley Inc | 31,614.31 | 0.00 | 4,237.69 |

Total to be paid for timely general unsecured claims: $ 5,909.45
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                              Case No. 10-37118-BWB
Enrique Montano                                                     Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: preed                  Page 1 of 2                   Date Rcvd: Sep 14, 2011
                               Form ID: pdf006              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2011.
db           +Enrique Montano,    640A Rance Road,    Oswego, IL 60543-9651
aty          +Manuel A. Cardenas,    Manuel A. Cardenas and Associates, P.C.,
               2337 N. Milwaukee Avenue, 1st Floor,    Chicago, IL 60647-2924
tr           +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
17328200     +ABC Roofing Suply,    410 Rathbone Avenue,    Aurora, IL 60506-5937
16016685     +ABC Roofing Supply,    410 Rathbone Avenue,    Aurora, IL 60506-5937
16016686     +Asset Management Out,    401 Pilot Ct Ste A,    Waukesha, WI 53188-2481
16016687     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16429297     +Beneficial Illinois Inc.,    By PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
16016688    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.a.,     PO Box 85520,    Richmond, VA 23285)
17328201     +CBE,    131 Tower Park Dr,    P O Box 2040,    Waterloo, IA 50704-2040
16401194      Capital One Bank (USA), N.A.,     by American Infosource Lp As Agent,    PO Box 71083,
               Charlotte, NC 28272-1083
16016689      Capital One, N.a.,    C/O American Infosource PO Box 54529,    Oklahoma City, OK 73154
16016690      Chase Manhattan,    Attn: Bankruptcy Research Dept 3415 Vis,    Columbus, OH 43219
17328202     +Copley Memorial Hospital,    2000 Ogden Avenue,    Aurora, IL 60504-5893
16016696     +Department of the Treasury,    Internal Revenue Service,    P O BOX 2116,
               Philadelphia, PA 19103-0116
16016692      Department of the Treasury,    Internal Revenue Services,    Austin, TX 73302-0021
16016694     +Hsbc/rs,    PO Box 3425,    Buffalo, NY 14240-3425
16016693     +Hsbc/rs,    Attn: Bankruptcy PO Box 5263,    Carol Stream, IL 60197-5263
16016695     +Hunter Warfield inc,    4620 Woodland Corporate Blvd,    Tampa, FL 33614-2415
16328384    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Services,     230 South Dearborn,    Stop 5016 CHI,
               Chicago IL 60604)
16393362      JPMorgan Chase Bank N.A.,    C/O Mary Lautenbach,    Chase Auto Finance, AZ1-1191,
               201 N Central Ave. Phoenix, AZ 85004
17328204     +Liberty Mutual,    175 Berkeley St,    Boston, Massachusetts 02116-3350
16328458     +Liberty Mutual Insurance,    175 Berkeley Street,    Boston, MA 02116-3350
16328385     +Liberty Mutual Insurance,    175 Berkeley Street,    Boston, MS 02116-3350
16016697      Nicor Gas,    Attention: Bankruptcy Department PO Box,    Aurora, IL 60507
16016701     +RH Donnelley Inc,    Salomon and Leadley,    320 East Indian Trail,    Aurora, IL 60505-1760
16016700     +Receivables Management Inc. (rmi)/ Mortg,     210 Sylvan Ave,    Englewood, NJ 07632-2524
16016699     +Receivables Management Inc. (rmi)/ Mortg,     Attn: Bankruptcy 3348 Ridge Rd,
               Lansing, IL 60438-3112
16016684     +Roberto Montano,    690 North Ohio,,    Aurora, IL 60505-2352
17328206     +Veolia Enviramental Services,    6111 State Street,    Charleston, IL 61920-7420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16016691     +E-mail/Text: BK.Notifications@jpmchase.com Sep 15 2011 02:25:21     Chase Manhattan,
               2000 Marcus Avenue,    New Hyde Park, NY 11042-1036
16016698     +E-mail/Text: bankrup@nicor.com Sep 15 2011 02:24:52     Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16328373*    +ABC Roofing Supply,    410 Rathbone Avenue,    Aurora, IL 60506-5937
16328446*    +ABC Roofing Supply,    410 Rathbone Avenue,    Aurora, IL 60506-5937
17328209*    +ABC Roofing Supply,    410 Rathbone Avenue,    Aurora, IL 60506-5937
16328374*    +Asset Management Out,    401 Pilot Ct Ste A,    Waukesha, WI 53188-2481
16328447*    +Asset Management Out,    401 Pilot Ct Ste A,    Waukesha, WI 53188-2481
17328210*    +Asset Management Out,    401 Pilot Ct Ste A,    Waukesha, WI 53188-2481
16328375*    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16328448*    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
17328211*    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16328376*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.a.,     PO Box 85520,    Richmond, VA 23285)
16328449*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.a.,     PO Box 85520,    Richmond, VA 23285)
17328212*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.a.,     PO Box 85520,    Richmond, VA 23285)
16328377*     Capital One, N.a.,    C/O American Infosource PO Box 54529,    Oklahoma City, OK 73154
16328450*     Capital One, N.a.,    C/O American Infosource PO Box 54529,    Oklahoma City, OK 73154
17328213*     Capital One, N.a.,    C/O American Infosource PO Box 54529,    Oklahoma City, OK 73154
16328379*    +Chase Manhattan,    2000 Marcus Avenue,    New Hyde Park, NY 11042-1036
16328452*    +Chase Manhattan,    2000 Marcus Avenue,    New Hyde Park, NY 11042-1036
17328215*    +Chase Manhattan,    2000 Marcus Avenue,    New Hyde Park, NY 11042-1036
16328378*     Chase Manhattan,    Attn: Bankruptcy Research Dept 3415 Vis,    Columbus, OH 43219
16328451*     Chase Manhattan,    Attn: Bankruptcy Research Dept 3415 Vis,    Columbus, OH 43219
17328214*     Chase Manhattan,    Attn: Bankruptcy Research Dept 3415 Vis,    Columbus, OH 43219
17328216*    +Copley Memorial Hospital,    2000 Ogden Avenue,    Aurora IL 60504-5893
```

```
District/off: 0752-1          User: preed                 Page 2 of 2                   Date Rcvd: Sep 14, 2011
                              Form ID: pdf006             Total Noticed: 32


            ***** BYPASSED RECIPIENTS (continued) *****
16328380*      Department of the Treasury,   Internal Revenue Services,    Austin, TX 73302-0021
16328453*      Department of the Treasury,   Internal Revenue Services,    Austin, TX 73302-0021
17328217*      Department of the Treasury,   Internal Revenue Services,    Austin, TX 73302-0021
16328381*     +Hsbc/rs,   Attn: Bankruptcy PO Box 5263,    Carol Stream, IL 60197-5263
16328454*     +Hsbc/rs,   Attn: Bankruptcy PO Box 5263,    Carol Stream, IL 60197-5263
17328218*     +Hsbc/rs,   Attn: Bankruptcy PO Box 5263,    Carol Stream, IL 60197-5263
16328382*     +Hsbc/rs,   PO Box 3425,    Buffalo, NY 14240-3425
16328455*     +Hsbc/rs,   PO Box 3425,    Buffalo, NY 14240-3425
17328219*     +Hsbc/rs,   PO Box 3425,    Buffalo, NY 14240-3425
16328383*     +Hunter Warfield inc,   4620 Woodland Corporate Blvd,    Tampa, FL 33614-2415
16328456*     +Hunter Warfield inc,   4620 Woodland Corporate Blvd,    Tampa, FL 33614-2415
17328220*     +Hunter Warfield inc,   4620 Woodland Corporate Blvd,    Tampa, FL 33614-2415
16328457*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Services,    230 South Dearborn,   Stop 5016 CHI,
               Chicago IL 60604)
17328203*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Services,    230 South Dearborn,   Stop 5016 CHI,
               Chicago IL 60604)
17328221*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Services,    230 South Dearborn,   Stop 5016 CHI,
               Chicago IL 60604)
17328222*     +Liberty Mutual Insurance,   175 Berkeley Street,    Boston, MS 02116-3350
16328386*      Nicor Gas,   Attention: Bankruptcy Department PO Box,    Aurora, IL 60507
16328459*      Nicor Gas,   Attention: Bankruptcy Department PO Box,    Aurora, IL 60507
17328223*      Nicor Gas,   Attention: Bankruptcy Department PO Box,    Aurora, IL 60507
16328387*     +Nicor Gas,   1844 Ferry Road,    Naperville, IL 60563-9600
16328460*     +Nicor Gas,   1844 Ferry Road,    Naperville, IL 60563-9600
17328224*     +Nicor Gas,   1844 Ferry Road,    Naperville, IL 60563-9600
16328390*     +RH Donnelley Inc,   Salomon and Leadley,    320 East Indian Trail,   Aurora, IL 60505-1760
16328463*     +RH Donnelley Inc,   Salomon and Leadley,    320 East Indian Trail,   Aurora, IL 60505-1760
17328205*     +RH Donnelley Inc,   Salomon and Leadley,    320 East Indian Trail,   Aurora, IL 60505-1760
17328227*     +RH Donnelley Inc,   Salomon and Leadley,    320 East Indian Trail,   Aurora, IL 60505-1760
16328389*     +Receivables Management Inc. (rmi)/ Mortg,    210 Sylvan Ave,   Englewood, NJ 07632-2524
16328462*     +Receivables Management Inc. (rmi)/ Mortg,    210 Sylvan Ave,   Englewood, NJ 07632-2524
17328226*     +Receivables Management Inc. (rmi)/ Mortg,    210 Sylvan Ave,   Englewood, NJ 07632-2524
16328388*     +Receivables Management Inc. (rmi)/ Mortg,    Attn: Bankruptcy 3348 Ridge Rd,
               Lansing, IL 60438-3112
16328461*     +Receivables Management Inc. (rmi)/ Mortg,    Attn: Bankruptcy 3348 Ridge Rd,
               Lansing, IL 60438-3112
17328225*     +Receivables Management Inc. (rmi)/ Mortg,    Attn: Bankruptcy 3348 Ridge Rd,
               Lansing, IL 60438-3112
16328372*     +Roberto Montano,   690 North Ohio,,    Aurora, IL 60505-2352
16328445*     +Roberto Montano,   690 North Ohio,,    Aurora, IL 60505-2352
17328208*     +Roberto Montano,   690 North Ohio,,    Aurora, IL 60505-2352
                                                                                              TOTALS: 0, * 57, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2011**                    **Signature:**     _Joseph Speetjens_