# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: MONTANO, ENRIQUE                               Case No. 10-37118
_____,              Chapter   7
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $10,000.00            Assets Exempt: $6,850.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,909.61    Claims Discharged
                                              Without Payment: $183,577.18

Total Expenses of Administration: $1,590.85

---

  3) Total gross receipts of $    7,500.46    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $7,500.46 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $244,000.00 | $14,082.61 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,590.85 | 1,590.85 | 1,590.85 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 4,298.77 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 178,112.72 | 45,127.21 | 44,086.07 | 5,909.61 |
| **TOTAL DISBURSEMENTS** | $422,112.72 | $65,099.44 | $45,676.92 | $7,500.46 |

4) This case was originally filed under Chapter 7 on August 19, 2010. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/04/2011          By: /s/DEBORAH K. EBNER
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1423 Summit Avenue, Aurora, IL 60505, | 1110-000 | 7,500.00 |
| Interest Income | 1270-000 | 0.46 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.46** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JP Morgan Chase | 4210-000 | 10,000.00 | 14,082.61 | 0.00 | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 234,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$244,000.00** | **$14,082.61** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 1,500.03 | 1,500.03 | 1,500.03 |
| DEBORAH K. EBNER | 2200-000 | N/A | 62.61 | 62.61 | 62.61 |
| International Sureties | 2300-000 | N/A | 28.21 | 28.21 | 28.21 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | 1,590.85 | 1,590.85 | 1,590.85 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | 0.00 | 4,298.77 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 4,298.77 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 7100-000 | 0.00 | 1,041.14 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 256.00 | 256.35 | 256.35 | 34.36 |
| 4 | Beneficial Illinois Inc. | 7100-000 | N/A | 12,215.41 | 12,215.41 | 1,637.44 |
| 5 | RH Donnelley Inc | 7100-000 | 32,456.00 | 31,614.31 | 31,614.31 | 4,237.81 |
| NOTFILED | Nicor Gas | 7100-000 | 326.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Management Out | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Mutual Insurance | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Copley Memorial Hospital | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivables Management Inc. (rmi)/ Mortg | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | ABC Roofing Supply | 7100-000 | 63,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 520.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs | 7100-000 | 11,885.00 | N/A | N/A | 0.00 |
| NOTFILED | Hunter Warfield inc | 7100-000 | 39,039.72 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 178,112.72 | 45,127.21 | 44,086.07 | 5,909.61 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-37118  
**Case Name:** MONTANO, ENRIQUE  

**Period Ending:** 12/04/11

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 08/19/10 (f)  
**§341(a) Meeting Date:** 09/22/10  
**Claims Bar Date:** 01/18/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1423 Summit Avenue, Aurora, IL 60505, | 15,000.00 | 15,000.00 | | 7,500.00 | FA |
| 2 | 690 North Ohio St, Aurora, IL 60505 Co, owner pa | 120,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on hand. | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods and furnishings, including audio | 900.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel. | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Stock and interests in incorporated and unincorp | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Automobiles, trucks, trailers and other vehicles | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 9 | Automobiles, trucks, trailers and other vehicles | 5,000.00 | 2,600.00 | | 0.00 | FA |
| 10 | Automobiles, trucks, trailers and other vehicles | 10,000.00 | 0.00 | OA | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 0.46 | FA |
| 11 | Assets Totals (Excluding unknown values) | **$155,950.00** | **$19,100.00** | | **$7,500.46** | **$0.00** |

**Major Activities Affecting Case Closing:**

Claims bar date expired January 18, 2011. Case is now being closed.

**Initial Projected Date Of Final Report (TFR):** December 31, 2014  **Current Projected Date Of Final Report (TFR):** September 12, 2011 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-37118  
**Case Name:** MONTANO, ENRIQUE  
**Taxpayer ID #:** **-***2117  
**Period Ending:** 12/04/11  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******55-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/18/10 | {1} | Manuel Cardenas & Assc, PC | Right, Title & Interest | 1110-000 | 7,500.00 | | 7,500.00 |
| 03/13/11 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #10-37118, # 016026455 | 2300-000 | | 28.21 | 7,471.79 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,471.85 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,471.91 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,471.97 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,472.03 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,472.09 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,472.15 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,472.21 |
| 10/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 7,472.25 |
| 10/21/11 | | To Account #9200******5566 | TO close | 9999-000 | | 7,472.25 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | | 7,500.46 | 7,500.46 | $0.00 |
| | | Less: Bank Transfers | | 0.00 | 7,472.25 | |
| | | **Subtotal** | | 7,500.46 | 28.21 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | **$7,500.46** | **$28.21** | |

{} Asset reference(s)                                                                                                   Printed: 12/04/2011 08:33 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-37118  
**Case Name:** MONTANO, ENRIQUE  

**Taxpayer ID #:** **-***2117  
**Period Ending:** 12/04/11  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******55-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/21/11 | | From Account #9200******5565 | TO close | 9999-000 | 7,472.25 | | 7,472.25 |
| 10/25/11 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $1,500.03, Trustee Compensation;  Reference: | 2100-000 | | 1,500.03 | 5,972.22 |
| 10/25/11 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $62.61, Trustee Expenses;  Reference: | 2200-000 | | 62.61 | 5,909.61 |
| 10/25/11 | 103 | Capital One Bank (USA), N.A. | Dividend paid  13.40% on $256.35; Claim# 3; Filed: $256.35; Reference: 479124251075 | 7100-000 | | 34.36 | 5,875.25 |
| 10/25/11 | 104 | Beneficial Illinois Inc. | Dividend paid  13.40% on $12,215.41; Claim# 4; Filed: $12,215.41; Reference: | 7100-000 | | 1,637.44 | 4,237.81 |
| 10/25/11 | 105 | RH Donnelley Inc | Dividend paid  13.40% on $31,614.31; Claim# 5; Filed: $31,614.31; Reference: | 7100-000 | | 4,237.81 | 0.00 |

|  |  | ACCOUNT TOTALS | 7,472.25 | 7,472.25 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 7,472.25 | 0.00 | |
|  |  | **Subtotal** | 0.00 | 7,472.25 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$0.00** | **$7,472.25** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******55-65** | 7,500.46 | 28.21 | 0.00 |
| **Checking # 9200-******55-66** | 0.00 | 7,472.25 | 0.00 |
| | **$7,500.46** | **$7,500.46** | **$0.00** |

{} Asset reference(s)                                                                                                  Printed: 12/04/2011 08:33 PM    V.12.57